# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN BROOKS,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL EXPRESS TRANSIT CORPORATION; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No. 5:20-cv-00657-FWS-SHK<br><br>Hon. Fred W. Slaughter<br><br>Courtroom 10D<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>Complaint Filed:    March 3, 2020 |

IT IS HEREBY ORDERED:

The Court having reviewed the stipulation of the Parties and for good cause appearing, orders as follows:

The stipulation to dismiss prejudice is hereby GRANTED.  This action is hereby dismissed with prejudice.  Each party shall bear its/his own attorneys' fees and costs.

Dated: May 4, 2022

                                        Honorable Fred W. Slaughter
                                        UNITED STATES DISTRICT JUDGE

82646799v.1